UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**VINCENT SAMUEL PAGLIARO AND RENE ROSEANN PAGLIARO,**<br><br>Defendants. | 1:12-CV-1507-LJO-SAB<br><br>**ORDER CORRECTING MEMORANDUM DECISION AND ORDER RE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. 22)** |

On September 13, 2014, Plaintiff J&J Sports Productions, Inc. ("J&J") filed a complaint containing four causes of action against Vincent Samuel Pagliaro and Rene Roseann Pagliaro ("Defendants"). Doc. 1 at 4-9. On April 23, 2014, J&J moved for partial summary judgment on its first (violation of 47 U.S.C. § 605) and third (conversion) causes of action against Defendant Vincent Pagliaro only.

On May 19, 2014, the Court granted J&J's motion, but inadvertently indicated that the ruling applied to both Defendants. *See* Doc. 22 at 4. The Court's grant of partial summary judgment in favor of J&J should have been restricted to Defendant Vincent Pagliaro only.

Pursuant to Fed. R. Civ. P. 60(a), the Court CORRECTS *sua sponte* this error in the May 19, 2014 memorandum decision and order and GRANTS J&J's April 23, 2014 motion for partial summary judgment as to Defendant Vincent Pagliaro only.

**SO ORDERED**
**Dated: July 31, 2014**

                /s/ Lawrence J. O'Neill
               **United States District Judge**