UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**VINCENT SAMUEL PAGLIARO AND RENE ROSEANN PAGLIARO,**<br><br>Defendants. | 1:12-CV-1507-LJO-SAB<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES; ADVANCING HEARING ON MOTION TO DISMISS; AND SETTING DEADLINES FOR DEFENDANT VINCENT SAMUEL PAGLIARO TO RESPOND TO MOTION FOR SUMMARY JUDGMENT RE DAMAGES & MOTION TO DISMISS.** |

This case concerns the televised broadcast of a boxing match on September 17, 2011 ("the Program"). J&J Sports Productions, Inc., ("Plaintiff") filed a complaint against pro se Defendants Vincent Samuel Pagliaro and Rene Roseann Pagliaro[1] ("Defendants") on September 13, 2013. Doc. 1. Plaintiff alleges it was granted the exclusive nationwide commercial rights to distribute the Program, and that Defendants unlawfully intercepted the transmission of the Program and exhibited it at their restaurant, Vinny's Place, without Plaintiff's authorization.

Plaintiff alleged causes of action for (1) violation of 47 U.S.C. § 605 ("§ 605"); (2) violation of 47 U.S.C. § 553 ("§ 553"); (3) conversion; and (4) violation of California Business and Professions Code § 17200 et seq., also known as California's unfair competition law ("UCL"). On April 23, 2014, Plaintiff moved for summary judgment on its first and third claims against Defendant Vincent Samuel Pagliaro. Doc. 20. Plaintiff asserted it was entitled to statutory damages under § 605. *See* Doc. 20 at 15. Defendant Vincent Samuel Pagliaro failed to oppose the motion. On May 19, 2014, the Court granted

---

[1] The Clerk of Court entered default against Defendant Renee Roseann Pagliaro on February 11, 2013. Doc. 12.

1

Plaintiff's motion for partial summary judgment. Doc. 22. The Court, however, inadvertently failed to address whether Plaintiff was entitled to statutory damages under § 605.

Also presently pending before the Court is Plaintiff's motion to dismiss, currently set for hearing on November 12, 2014, in which Plaintiff moves to dismiss as moot its remaining claims against Defendant Vincent Samuel Pagliaro (claims two and four). Doc. 28.

Trial is set in this case for October 28, 2014 and a pre-trial conference is set for September 24, 2014. Doc. 25.

To facilitate the efficient resolution of the remaining pending issues and claims in this case, the Court ORDERS that:

1. The pre-trial conference and trial dates are VACATED, subject to resetting if the case does resolve;
2. The hearing on Plaintiff's motion to dismiss is ADVANCED to October 17, 2014;
3. On or before October 3, 2014 Defendant Vincent Samuel Pagliaro shall respond in writing to Plaintiff's assertions concerning damages as set forth in Plaintiff's motion for partial summary judgment (Doc. 20 at 15); and
4. On or before October 3, 2014, Defendant Vincent Samuel Pagliaro shall file any opposition to the motion to dismiss.

SO ORDERED
Dated: September 18, 2014

                                                **/s/ Lawrence J. O'Neill**
                                                **United States District Judge**