UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **VINCENT SAMUEL PAGLIARO, et al.,** <br><br> Defendants. | 1:12-cv-1507-LJO-SAB <br><br> **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANT RENE ROSEANN PAGLIARO and d/b/a Vinny' (DOC. 32)** |

On October 22, 2014, Plaintiff filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 32 at 1. Plaintiff requests that the Court issue an order dismissing the entire complaint against Defendant Rene Roseann Pagliaro <u>only</u>. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. 32), this Court DISMISSES without prejudice this entire action against Defendant Rene Roseann Pagliaro <u>only</u>.

**SO ORDERED**
**Dated: October 23, 2014**

                                    /s/ Lawrence J. O'Neill
                                  **United States District Judge**