# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VINCENT SAMUEL PAGLIARO, et al., <br><br> Defendants. | Case No. 1:12-cv-01507-LJO-SAB <br><br> ORDER GRANTING REQUEST FOR AUTHORIZATION TO USE REGISTERED PROCESS SERVER <br><br> (ECF No. 41.) |

On December 12, 2014, the Court entered judgment in this matter in favor of Plaintiff. (ECF No. 37.) On December 2, 2018, Plaintiff filed a request for an order authorizing service of writs by a registered process server. (ECF No. 41.)

The execution of final judgments is governed by Rule 69(a)(1) of the Federal Rules of Civil Procedure. Rule 69(a) provides:

> (1) Money Judgment; Applicable Procedure. A money judgment is enforced by a writ of execution, unless the court directs otherwise. The procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.

Fed. R. Civ. P. 69(a)(1). Pursuant to Rule 69(a), post-judgment enforcement proceedings must comply with California law. Credit Suisse v. U.S. Dist. Court for Cent. Dist. of California, 130 F.3d 1342, 1344 (9th Cir.1997); Hilao v. Estate of Marcos, 95 F.3d 848, 850 (9th Cir.1996).

1

Under California law, a registered process server may levy under a writ of execution on property as specified in California Code of Civil Procedure § 699.080(a).

Accordingly, IT IS HEREBY ORDERED that Plaintiff may employ the services of Hansen's Guaranteed Process Co. to serve legal process in this matter, including writs of execution, and the U.S. Marshal's Office shall remain the levying officer.

IT IS SO ORDERED.

Dated: __**December 10, 2018**__

UNITED STATES MAGISTRATE JUDGE